**United States District Court Southern District of New York**

Curtis Blount

                **08CV3457**
        Plaintiff

           v.                **SUMMONS AND COMPLAINT**

SK/JG LTD dba The Catering Company James Gilliam and Susan Gilliam


         Defendant

_____

State of New York, County of Nassau ss:                 AFFIDAVIT OF SERVICE

      **DAVID LEVINE** being duly sworn, deposes and says that deponent is a licensed process server; that deponent is not a party to the proceeding; that deponent is over the age of 18 years and resides in the County of **NASSAU**.
On **4/26/2008** at **9:14 AM** at **210 East 32nd Street, Apt# 1A, New York, NY 10016** (the Premises) deponent served the within **SUMMONS AND COMPLAINT ON James Gilliam**

☐ **PERSONAL SERVICE**    by delivering a true copy to said respondent personally; deponent knew the person so served to be the person described as the respondent herein. Said person described below

☐ **SUBSTITUTE SERVICE**    by delivering a true copy(ies) for each named ~~tenant/occupant~~ *defendant* of said paper to a person of suitable age and discretion who resided / was employed at the premises and who was willing to receive same.
Said person gave the name of and is described below.

☐ **CORPORATION**    a domestic corp. by delivering a true copy of said paper to .
employed at the premises and willing to receive same. Said person is described below

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ 18-24 yrs. | ☐ Under 5' | ☐ Under 100 lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ 25-35 yrs. | ☐ 5'0"-5'3" | ☐ 100-130 lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ 36-50 yrs. | ☐ 5'4"-5'8" | ☐ 131-160 lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ 51-65 yrs. | ☐ 5'9"-6'0" | ☐ 161-200 lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 yrs. | ☐ Over 6' | ☐ Over 200 lbs. |

■ **CONSPICUOUS**    by affixing a true copy(ies) for each named ~~tenant / occupant~~ *defendant* upon a conspicuous part of Premises to wit: the entrance door/apartment door of said property. Deponent was unable to find person of suitable age and discretion willing to receive said paper having called and made attempts of service there on:
**4/18/2008 at 6:05 PM and on
4/19/2008 at 7:58 AM and on
4/26/2008 at 9:14 AM**

**MAILING**    Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above intended recipient at **210 East 32nd Street, Apt# 1A, New York, NY 10016** and deposited said wrapper in a (post office) official depository under exclusive care and custody of the United States Postal Service within New York on **4/28/2008**.
I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Sworn to before me on **4/28/2008**

Joseph M. Arato
Notary Public, State of New York
No. 41-4949900
Qualified in Queens County
Commission Expires: April 17, 201[1]

_____
DAVID LEVINE 778982