United States District Court Southern District of New York

urtis Blount

08CV3457

Plaintiff

v.

SUMMONS AND COMPLAINT

SK/JG LTD dba The Catering Company James Gilliam and Susan Gilliam

Defendant

State of New York, County of Nassau ss:

AFFIDAVIT OF SERVICE

**DAVID LEVINE** being duly sworn, deposes and says that deponent is a licensed process server; that deponent is not a party to the proceeding; that deponent is over the age of 18 years and resides in the County of **NASSAU.**
On **4/26/2008** at **9:14 AM** at **210 East 32nd Street, Apt# 1A, New York, NY 10016** (the Premises) deponent served the within **SUMMONS AND COMPLAINT** ON **Susan Gilliam**

| | |
|---|---|
| ☐PERSONAL SERVICE | by delivering a true copy to said respondent personally; deponent knew the person so served to be the person described as the respondent herein. Said person described below |
| ☐SUBSTITUTE SERVICE | by delivering a true copy(ies) for each named ~~tenant/occupant~~ defendant of said paper to a person suitable age and discretion who resided / was employed at the premises and who was willing to receive same. Said person gave the name of and is described below. |
| ☐CORPORATION | a domestic corp. by delivering a true copy of said paper to . employed at the premises and willing to receive same. Said person is described below |

| | | | | |
|---|---|---|---|---|
| ☐ Male | ☐Female | | | |
| ☐White Skin | ☐Bald<br>☐Black Hair | ☐18-24 yrs | ☐Under 5' | ☐Under 100lbs. |
| ☐Black Skin | ☐Brown Hair | ☐25-35 yrs. | ☐5'0"-5'3" | ☐100-130lbs. |
| ☐Yellow Skin | ☐Blonde Hair | ☐36-50 yrs. | ☐5'4"-5'8" | ☐131-160lbs. |
| ☐Brown Skin | ☐Gray Hair | ☐51-65 yrs. | ☐5'9"-6'0" | ☐161-200 lbs. |
| ☐Red Skin | ☐Red Hair | ☐Over 65 yrs. | ☐Over 6' | ☐Over 200lbs. |

■**CONSPICUOUS**

by affixing a true copy(ies) for each named ~~tenant / occupant~~ defendant upon a conspicuous part of Premises to wit: the entrance door/apartment door of said property. Deponent was unable to find person of suitable age and discretion willing to receive said paper having called and made attempts of service there on:

**4/18/2008 at 6:05 PM and on**
**4/19/2008 at 7:58 AM and on**
**4/26/2008 at 9:14 AM**

**MAILING**

Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above intended recipient at **210 East 32nd Street, Apt# 1A, New York, NY 10016** and deposited said wrapper in a (post office) official depository under exclusive care and custody of the United States Postal Service within New York on **4/28/2008.**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Sworn to before me on **4/28/2008**

**Joseph M. Arato**
**Notary Public, State of New York**
**No. 41-4949900**
**Qualified in Queens County**
**Commission Expires: April 17, 2011**

**DAVID LEVINE 778982**