Albany County Sheriff's Department
CERTIFICATE OF SERVICE
SECRETARY OF STATE – Sec. 306 B.C.L.

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

County of Albany, State of New York

| | |
|---|---|
| CURTIS BLOUNT<br><br>vs.<br><br>SK/JG LTD | Index Number - 08 CV 3457<br><br>Sheriff File Number – 08002813 |

I, certify that I am an Albany County Deputy Sheriff, and that I am not a party to the above-entitled action.

I further certify that on 4/25/2008 at approximately 3:21PM, at the office of the Secretary of State of the State of New York, in the city of Albany, New York, I made service of the annexed SUMMONS AND COMPLAINT upon SECRETARY OF STATE the agent of the defendant, **SK/JG LTD**, in the above entitled action by delivering to and leaving with **DONNA CHRISTIE** a(n) data entry machine operator in the office of the Secretary of State, two true copy(s) thereof and that at the time of making such service, I paid the secretary of state a fee of $40.00 dollars. The service was made pursuant to section 306 Business Corporation Law.

I further certify that I knew the person so served as aforesaid to be a data entry machine operator in the office of the Secretary of State of New York, authorized to accept such service on behalf of said defendant.

DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Blond, Gender: Female, Height: 5' 4", Weight: 145, Age: 43.

Dated:
Friday, April 25, 2008

Lawrence Boudreau
DEPUTY SHERIFF