UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8 13 08
```

------------------------------------------------------x

CURTIS BLOUNT

                Plaintiff,

          - against-

SK/JG LTD. d/b/a THE CATERING COMPANY,
JAMES GILLIAM and SUSAN GILLIAM

                Defendants.

------------------------------------------------------x

Index No. 08 CV 3457

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
FRCP 41(a)

       Plaintiff hereby dismisses his complaint with prejudice against all defendants, none of whom have filed an answer herein, pursuant to FRCP 41(a).

Dated: New York, New York
      August 6, 2008

                       Law Offices of Jonathan Weinberger
                       Attorneys for Plaintiff

                       BY: _____

                       Jonathan Weinberger (JW-2425)
                       880 Third Avenue, 13th Fl.
                       New York, New York 10022
                       (212) 752-3380

_____
CURTIS BLOUNT

The Clerk of the Court is instructed to close this case and remove it from my docket

Howard Baer 8/13/08
U.S.D.J.